AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>LEROYSHA MAYBERRY<br>a/k/a "Lee Lee"<br>a/k/a "Tatiana"<br><br>*Defendant* | Case No. 8:25-cr-475-KKM-SPF |

## ARREST WARRANT

**SEALED**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LEROYSHA MAYBERRY,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Access Device Fraud in violation of 18 U.S.C. § 1029(b)(2)

Date: 10/1/25

City and state: Tampa, FL

*Issuing officer's signature*
LISA SILVIA

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/1/2025, and the person was arrested on *(date)* 2/26/2026
at *(city and state)* ANTIOCH, TN

Date: 2/26/2026

*Arresting officer's signature*

C. MARRERO, DUSM
*Printed name and title*